UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the ESTATE OF LUIS GIOVANNY AGUILAR, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 100, inclusive, in their official and personal/individual capacities,<br><br>Defendants. | No. 2:21-cv-01890-TLN-JDP<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR** |

This matter is before the Court on Petitioner Maria Sara Camargo's ("Petitioner") Petition for Appointment of Guardian ad Litem. (ECF No. 3.) The Petition shows:

1. Petitioner and proposed guardian ad litem is Maria Sara Camargo;

2. Petitioner is the legally adoptive mother of plaintiff D.G. and resides at 8928 Dalton Avenue, Los Angeles, California 90047;

3. The guardian ad litem is to represent the interests of the following person: Plaintiff D.G. ("Plaintiff"), a minor, born June 25, 2008, who resides at 8928 Dalton Avenue, Los Angeles, California 90047;

1

4. Plaintiff has no general or testamentary guardian and no previous application for appointment of guardian ad litem has been made;

5. Plaintiff has causes of action against the defendants named above and desires to bring an action in this Court. The causes of action arise out of an incident where Plaintiff suffered injuries after her father was murdered on or about December 12, 2019, at CSP Sacramento, in Represa, California; and

6. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person she will represent and has no interests adverse to the interests of that person.

Accordingly, the Court finds it is reasonable and necessary to appoint a guardian ad litem for Plaintiff as requested. The Court hereby ORDERS that Petitioner is hereby appointed as the guardian ad litem for Plaintiff for the reasons listed herein.

IT IS SO ORDERED.

Date: November 9, 2021

Troy L. Nunley
United States District Judge