UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the ESTATE OF LUIS GIOVANNY AGUILAR, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 100, inclusive, in their official and personal/individual capacities,<br><br>Defendants. | No. 2:21-cv-01890-TLN-JDP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY** |

This matter is before the Court on Plaintiffs D.G. and Estate of Luis Giovanny Aguilar ("Aguilar"), deceased, by and through his successor in interest, D.G. (collectively, "Plaintiffs") Motion for an Extension of Time to Name and Serve Defendants (ECF No. 4) and Motion for Leave to Take Discovery Prior to a Federal Rule of Civil Procedure ("Rule") 26(f) Conference (ECF No. 5). As good cause is shown for both motions, the Court hereby GRANTS Plaintiffs' Motion for Extension of Time to Name and Serve Defendants (ECF No. 4) and Motion for Leave to Take Discovery Prior to a Rule 26(f) Conference (ECF No. 5). Plaintiffs have an additional 120 days to serve Defendants. Proofs of service shall be filed within 120 days of the electronic

filing date of this Order.  Plaintiffs are hereby permitted to serve early subpoenas on the California Department of Corrections and Rehabilitation for the sole purpose of discovering the names, addresses, and telephone numbers of the CDCR employees who were on duty and in Aguilar's unit when Aguilar was killed.

IT IS SO ORDERED.

Date:  November 9, 2021

Troy L. Nunley
United States District Judge