1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
3 | DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
4 | BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
5 |   1300 I Street, Suite 125
   P.O. Box 944255
6 |   Sacramento, CA 94244-2550
   Telephone: (916) 210-7368
7 |   Fax: (916) 324-5205
   E-mail: Brian.Chan@doj.ca.gov
8 | *Attorneys for Defendants Garland, Jordan, Lieber, Chavez, Sykes, Gomez, Carothers, and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **D.G. a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the ESTATE OF LUIS GIOVANNY AGUILAR, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,**<br><br>                            Plaintiff,<br><br>     v.<br><br>**LYNCH, et al.,**<br><br>                            Defendants. | 2:21-cv-01890-TLN JDP<br><br>**STIPULATION AND ORDER TO GRANT PENDING 12(b)(6) MOTION TO DISMISS PLAINTIFF D.G.'s FIRST, SECOND, THIRD, FIFTH, AND SIXTH CAUSES OF ACTION** |

On March 30, 2022, Defendants filed a Motion to Partially Dismiss Plaintiff D.G.'s First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 26.)

On April 22, 2022, counsel met and conferred to discuss Defendants' motion to dismiss, and Plaintiff's counsel indicated that they did not oppose the dismissal of Plaintiff's First, Second, Third, Fifth, or Sixth Causes of Action.

1

Stip. And Prop. Order to Grant Defs.' Mot. Partially Dismiss Pl.'s First. Am. Compl. (2:21-cv-01890-TLN JDP )

On April 25, 2022, Plaintiff D.G. filed a Statement of Non-Opposition to Defendants' Motion to Dismiss.

On April 25, 2022, the Court advised the parties to consider submitting a stipulation and proposed order to dismiss the causes of action in place of the motion if they wish for a decision in a shorter time frame.

THE PARTIES THEREFORE STIPULATE as follows:

1. That Defendants' Motion to Dismiss (ECF No. 26) be granted, and that Plaintiff's First, Second, Third, Fifth, and Sixth Causes of Action be dismissed with prejudice; and

2. Defendants will file an answer to the First Amended Complaint within 30 days of the Court's order approving this stipulation.

IT IS SO STIPULATED.

Dated: August 5, 2022

LAW OFFICE OF MARK A. REDMOND PC
BARTH DALY LLP

*/s/ Kresta Nora Daly*
Kresta Nora Daly
Attorney for Plaintiff D.G.

Dated: August 5, 2022

ROB BONTA
Attorney General of California
JON ALLIN
Supervising Deputy Attorney General

*/s/ David E. Kuchinsky*
David E. Kuchinsky
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: August 8, 2022

Troy L. Nunley
United States District Judge

2

Stip. And Prop. Order to Grant Defs.' Mot. Partially Dismiss Pl.'s First. Am. Compl.  (2:21-cv-01890-TLN JDP )