IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the Estate of Luis Giovanny Aguilar, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,** | 2:21-cv-01890-TLN JDP  **ORDER** |
| Plaintiffs, | |
| v. | |
| **Jeffrey Lynch, et al.,** | |
| Defendants. | |

The Court has reviewed the parties' joint motion to modify the initial pretrial scheduling order and the joint stipulation and finds that good cause exists to modify the initial pretrial scheduling order as follows:

1. Non-expert discovery deadline – October 2, 2023
2. Expert disclosure deadline – December 1, 2023
3. Supplemental discovery deadline – February 28, 2024
4. Dispositive motion deadline – March 29, 2024

/ / /

1 **IT IS SO ORDERED**

3 Dated: May 1, 2023

_____
Troy L. Nunley
United States District Judge