1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  DAVID E. KUCHINSKY, State Bar No. 292861
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7666
6   Fax:  (916) 324-5205
    E-mail:  David.Kuchinsky@doj.ca.gov
7  *Attorneys for Defendants J. Lynch, D. Garland,
   M. Jordan, W. Lieber, H. Chavez, D. Sykes,
8  J. Gomez, and J. Carothers*

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13

14  **D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the Estate of Luis Giovanny Aguilar, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,**

   2:21-cv-01890-TLN JDP

   **JOINT REQUEST FOR STATUS CONFERENCE (L.R. 240)**

17                Plaintiffs,

18       v.

19  **Jeffrey Lynch, et al.,**

20                Defendants.

21

22       The parties have met and conferred regarding potential disposition of this case.  In light of

23  the procedural posture of this case and the upcoming fact discovery deadline on October 2, 2023,

24  the parties jointly request pursuant to Local Rule 240 that the Court schedule a status conference

25  as soon as possible so that the parties may meet with the Court to facilitate disposition of this

26  matter.

27

28

                                          1

Respectfully submitted,

Dated: August 31, 2023

**/s/ Mark Redmond (as authorized on August 31, 2023)**
Mark Redmond
Attorney for Plaintiff D.G.

Dated: August 31, 2023

ROB BONTA
Attorney General of California
JON ALLIN
Supervising Deputy Attorney General

**/s/ David E. Kuchinsky**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants J. Lynch, D. Garland, M. Jordan, W. Lieber, H. Chavez, D. Sykes, J. Gomez, and J. Carothers*

SA2022300303
3747105537471055.docx

2

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **D.G. a Minor, by and through her Guardian ad Litem Maria Sara Camargo, et al v. Lynch, et al.** | No. **2:21-cv-01890-TLN JDP** |

I hereby certify that on <u>September 1, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST FOR STATUS CONFERENCE (L.R. 240)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 1, 2023</u>, at Sacramento, California.

| | |
|---|---|
| **A. Zamora** | */s/ A. Zamora* |
| Declarant | Signature |

SA2022300720
37471061.docx