Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, and the ESTATE OF LUIS GIOVANNY AGUILAR, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo,<br><br>Plaintiffs,<br><br>v.<br><br>Jeffrey Lynch, Daniel Garland, Marcus Jordan, William Lieber, Henry Chavez, Desmond Sykes, Jose Gomez, James Carothers, and DOES 1 through 100, inclusive, in their official and personal/individual capacities,<br><br>Defendants. | Case No. 2:21-cv-1890<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii) |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

//

{00035104}            - 1 -

Notice of Dismissal                                              :21-CV-

Plaintiff hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Such dismissal shall be with prejudice. Within 14 days of the dismissal Plaintiff and Defendant will execute a written release.  Each side will bear its own costs and fees.

Dated:  September 6, 2023

Respectfully submitted,

        LAW OFFICE OF MARK A. REDMOND PC


By   /s/ Mark Redmond
     MARK REDMOND
     Attorneys for Plaintiffs

Respectfully submitted,

     BARTH DALY LLP


By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for Plaintiffs

Respectfully submitted,

ROB BONTA
Attorney General of California
JON ALLIN
Supervising Deputy Attorney General


*/s/ David E. Kuchinsky*
     David E. Kuchinsky
*Attorneys for Defendants*